**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**PHARMACY VALUE MANAGEMENT SOLUTIONS, INC.**, a Nevada Corporation,

    Plaintiff,

v.                           Case No: 8:17-cv-132-T-35CPT

**JOHN HARTMAN, NICOLE FLORA, M.D., SLEEPMASTER SOLUTIONS, INC.**, and **DICENTRA**, a Nevada Corporation,

    Defendants.

---

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On March 20, 2018, the Mediator filed a Mediation Report, informing the Court that the above-captioned case was settled. (Dkt. 73) Therefore, it is hereby

**ORDERED** that pursuant to Rule 3.08 (b) of the Local Rules of the United States District Court for the Middle District of Florida, this case is **DISMISSED WITHOUT PREJUDICE**, subject to the right of the Parties, within sixty (60) calendar days from the date of this Order, to submit a final stipulation of dismissal, should they so choose, or for any party to reopen the case, **upon good cause shown**. After the sixty (60)-day period, the dismissal shall be with prejudice. Any pending motions are **DENIED** as moot. The Clerk is directed to **CLOSE** this case.

**DONE** and **ORDERED** in Tampa, Florida, this 23rd day of March, 2018.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Any pro se party